IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC CRANE MAINTENANCE COMPANY, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MACHINISTS AUTOMOTIVE TRADES DISTRICT LODGE 190,<br><br>　　　　Defendant　　　　　　　　　　／ | No. C-05-0988 MMC<br><br>**ORDER DIRECTING DEFENDANT TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

　　　　On April 21, 2005, defendant electronically filed an answer to plaintiff's First Amended Complaint.  Defendant has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.[1]

　　　　Defendant is hereby ORDERED to comply with General Order 45 and the Court's

---

[1] On April 28, 2005, the Clerk of the Court, as a courtesy, telephonically requested that defendant provide a chambers copy of its answer.  Inexplicably, defendant failed to comply with the Clerk's request.

1  Standing Orders by immediately submitting chambers copies of the above-referenced
2  document. All parties are hereby advised that if either party fails in the future to comply
3  with the Court's Standing Order to provide chambers copies of electronically-filed
4  documents, the Court may impose sanctions on the noncomplying party, including, but not
5  limited to, striking from the record any electronically-filed document of which a chambers
6  copy has not been timely provided to the Court.
7       **IT IS SO ORDERED.**
8
9  Dated: May 24, 2005         /s/ Maxine M. Chesney
10                       MAXINE M. CHESNEY
                      United States District Judge