United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   PACIFIC CRANE MAINTENANCE             No. 05-0988 MMC
     COMPANY, INC.,
12                                         **ORDER STRIKING DEFENDANT'S**
              Plaintiff,                   **ANSWER TO FIRST AMENDED**
13                                         **COMPLAINT**
        v.
14
     MACHINISTS AUTOMOTIVE TRADES
15   DISTRICT LODGE 190,

16            Defendant
     _____/
17

18        On April 21, 2005, defendant electronically filed an answer to plaintiff's First

19   Amended Complaint.  In light of defendant's failure to comply with General Order 45 and

20   the Court's Standing Orders by providing a chambers copy, the Court, by order filed May

21   24, 2005, directed defendant to immediately deliver a chambers copy of its answer.[1]  As of

22   today's date, in spite of both this Court's order and the Clerk's telephonic request,

23   defendant has failed to deliver a chambers copy of its answer and thus remains in violation

24   of General Order 45 and the Court's Standing Orders.

25        Accordingly, the Court, having unsuccessfully attempted to obtain defendant's

26

27        [1]As noted in the Court's order of May 24, 2005, defendant had failed to comply with
     the Clerk's April 28, 2005 telephonic request that defendant provide a chambers copy of its
28   answer.

compliance on two occasions, hereby STRIKES defendant's answer as a sanction for

defendant's failure to comply with both General Order 45 and this Court's Standing Orders.

The answer is stricken without prejudice to defendant's re-filing the document electronically

and timely providing chambers with a paper copy thereof.

**IT IS SO ORDERED.**

Dated: June 10, 2005                                    /s/ Maxine M. Chesney
                                                      MAXINE M. CHESNEY
                                                      United States District Judge