Case 3:05-cv-00988-MMC   Document 11   Filed 06/21/05   Page 1 of 2

Jun-17-2005 02:57pm From-WEINBERG, ROGER & ROSENFELD                    T-402  P.002/003  F-818
06/16/2005 14:56 FAX 714 979 1821        PHJW-OC                                    ☒002
SENT BY: 0 ;                             5824324828;        JUN-18-05 2:17PM;    PAGE 3/3

                                                                    05 JUN 17 PM 3:46

                                                        CLERK, U.S. DISTRICT COURT
                                                        NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

                        IN THE UNITED STATES DISTRICT COURT           E-Filing

                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

PACIFIC CRANE MAINTENANCE
Company, Inc.,
                                        No. C 05-00988 MMC

        Plaintiff                       STIPULATION AND [PROPOSED]
                                        ORDER SELECTING ADR PROCESS
        v.
MACHINIST AUTOMOTIVE                    ADR CERTIFICATION
Trades District Lodge 190,

        Defendant.                      /

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration   ☐ ENE        ☒ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

☐ Private ADR *(please identify process and provider)*

_____

Dated: June 16, 2005        Howard C. Hay _____
                            Attorney for Plaintiff

Dated: June 16, 2005        Shirley A. Lee _____
                            Attorney for Defendant

IT IS SO ORDERED:

Dated: JUN 2 0 2005         _____
                            UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION

06/17/2005 15:13 FAX 714 979 1921　　PHJW OC

Case 3:05-cv-00988-MMC   Document 11   Filed 06/21/05   Page 2 of 2

@003

Jun-17-2005 02:57pm   From-WEINBERG, ROGER & ROSENFELD                          T-402  P.003/003  F-818

JUN-17-2005  14:43   FROM  EAST BAY AUTO LL1546        TO      10267958686   P.02

06/16/2005 14:56 FAX 716 979 1921        PHJW-DC
                                          5804824888      JUN-16-05  2:17PM:       PAGE  2/3
SENT BY: Q j

## SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL.

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

*(Note: This Certification must be signed by each party and its counsel.)*

Pacific Crane
Maintenance Company

Dated: 6-16-05              _____
                            [Typed name and signature of plaintiff]

                            Howard C. Hay, Esq.

Dated: 6-16-05              _____
                            [Typed name and signature of counsel for plaintiff]

                            International Association of Machinists
                            and Aerospace Workers

Dated: 6-17-05              _____
                            [Typed name and signature of defendant]

                            Shirley A. Lee, Esq.

Dated: 6/17/05              _____
                            [Typed name and signature of counsel for defendant]

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION