1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   HOWARD C. HAY (SB# 46386)
2  695 Town Center Drive
   Seventeenth Floor
3  Costa Mesa, CA 92626-1924
   Telephone: (714) 668-6200
4  Facsimile: (714) 979-1921

5  Attorneys for Plaintiff
   PACIFIC CRANE MAINTENANCE COMPANY, INC.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 PACIFIC CRANE MAINTENANCE           CASE NO. C 05-00988 MMC
   COMPANY, INC., a California
12 corporation,                        JOINT STIPULATION FOR CASE
                                       MANAGEMENT CONFERENCE BY
13                Plaintiff,           TELEPHONE AND [PROPOSED] ORDER

14       vs.
                                       Date:   July 8, 2005
15 MACHINIST AUTOMOTIVE TRADES         Time:   10:00 a.m.
   DISTRICT LODGE 190, and DOES 1      Dept.:  7
16 through 50, inclusive,              Judge:  Maxine M. Chesney

17                Defendants.

18

19

20

21

22       The parties in this case request and stipulate that the Case Management

23 Conference in this matter scheduled for Friday, July 8, at 10:30 a.m. be conducted telephonically,

24 because Plaintiff's counsel, Howard Hay, has his office in Costa Mesa, California, so that an in-

25 person appearance would cause undue expense to Plaintiff which would be avoided by a joint

26 appearance by telephone.

27

28

Case No. C 05-00988 MMC                              JOINT STIPULATION FOR CMC BY
OC/381569.1                                          TELEPHONE; [PROPOSED] ORDER

1    Upon inquiry to the Court's Clerk, the Clerk suggested submitting the request in
2    this form.

3
4    DATED: June 30, 2005        Respectfully submitted,
5                                HOWARD C. HAY
                                 PAUL, HASTINGS, JANOFSKY & WALKER LLP
6
7                                By /s/ Howard C. Hay
8                                   HOWARD C. HAY

9                                Attorneys for Plaintiff
                                 PACIFIC CRANE MAINTENANCE COMPANY, INC.
10

11   DATED: June 30, 2005        DAVID A. ROSENFELD
                                 WEINBERG, ROGER & ROSENFELD
12

13
14                               By: _____
                                    DAVID A. ROSENFELD
15
                                 Attorneys for Defendant
16                               MACHINIST AUTOMOTIVE TRADES DISTRICT
                                 LODGE 190
17

18       IT IS SO ORDERED. Said telephone call to be arranged in the following manner:

     The Court will initiate the conference call.
19

20   DATED: July 1, 2005                     /s/ Maxine M. Chesney
21                                       MAXINE M. CHESNEY
                                         United States District Judge
22

23

24

25

26

27

28