PAUL, HASTINGS, JANOFSKY & WALKER LLP
HOWARD C. HAY (SB# 46386)
695 Town Center Drive
Seventeenth Floor
Costa Mesa, CA 92626-1924
Telephone: (714) 668-6200
Facsimile: (714) 979-1921

Attorneys for Plaintiff
PACIFIC CRANE MAINTENANCE COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC CRANE MAINTENANCE COMPANY, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MACHINIST AUTOMOTIVE TRADES DISTRICT LODGE 190, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C 05-00988 MMC<br><br>JOINT REQUEST TO CONTINUE DECEMBER 16, 2005 CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER<br><br>Date: December 16, 2005<br>Time: 10:30 a.m.<br>Dept.: 7<br>Judge: Maxine M. Chesney |

Case No. C 05-00988 MMC
LEGAL_USW/4731569.1

JOINT REQUEST TO CONTINUE DEC. 16
CMC AND [PROPOSED] ORDER

Pursuant to this Court's September 20, 2005 Order, the parties jointly request a continuance, or in the alternative, a telephone appearance on December 16, for the following reasons:

1. The primary issue in this case is whether the Oakland Ordinance in question, if applicable to Pacific Crane, is preempted by any of the three Federal law preemption doctrines. One of those Federal preemption doctrines preempts state laws which intrude on the exclusive jurisdiction of the National Labor Relations Board ("NLRB"). In this case, Defendant has submitted several issues to the NLRB that are related to the issues in this case. However, the NLRB has not yet reached any decision regarding the charges filed by Defendant with the NLRB, and is not expected to do so until the end of December 2005 at the earliest. The undersigned had both earlier expected the NLRB's conclusion by November, but now late December or late January appears very likely.

2. Because the issues presently before the NLRB are related to the issues presently before this Court, both parties request that the Case Management Conference in this matter be continued until early February 2006 at the earliest. At least by early February 2006, the parties and the Court should learn what action the NLRB intends to take regarding the matters before it, which obviates the need for any action by the Federal Court prior to that time.

3. The ADR section of this Court has also continued the next mediation conference to February 2, 2006 for these same reasons.

DATED: December 5, 2005

PAUL, HASTINGS, JANOFSKY & WALKER LLP
HOWARD C. HAY

By: _____
HOWARD C. HAY

Attorneys for Plaintiff
PACIFIC CRANE MAINTENANCE COMPANY, INC.

DATED: December __, 2005

WEINBERG, ROGER & ROSENFELD
DAVID A. ROSENFELD

By: _____
DAVID A. ROSENFELD

Attorneys for Defendant
MACHINIST AUTOMOTIVE TRADES
DISTRICT LODGE 190

ORDER

Good cause appearing, this Case Management Conference is continued to
February 17, 2006 at 10:30 a.m.

OR

~~The Case Management Conference will take place by court-initiated telephone call at 10:30 a.m. on December 16, 2005, since plaintiff's counsel is located in Southern California.~~

DATE: December 6, 2005

_____
UNITED STATES DISTRICT JUDGE

Case No. C 05-00988 MMC                       -3-                       JOINT REQUEST TO CONTINUE DEC. 16
LEGAL_USW/4731569.1                                                     CMC AND [PROPOSED] ORDER