PAUL, HASTINGS, JANOFSKY & WALKER LLP
HOWARD C. HAY (SB# 46386)
695 Town Center Drive
Seventeenth Floor
Costa Mesa, CA 92626-1924
Telephone: (714) 668-6200
Facsimile: (714) 979-1921

Attorneys for Plaintiff
PACIFIC CRANE MAINTENANCE COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC CRANE MAINTENANCE COMPANY, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MACHINIST AUTOMOTIVE TRADES DISTRICT LODGE 190, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C 05-00988 MMC<br><br>**JOINT REQUEST TO CONTINUE FEBRUARY 17, 2006 CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date:      February 17, 2006<br>Time:     10:30 a.m.<br>Dept.:     7<br>Judge:    Maxine M. Chesney |

Pursuant to this Court's December 5, 2005 Order, the parties jointly request a continuance, or in the alternative, a telephone appearance at the presently scheduled Case Management Conference on February 17, for the following reasons:

1.  The primary issue in this case is whether the Oakland Ordinance in question, if applicable to Pacific Crane, is preempted by any of the three Federal law preemption doctrines. One of those Federal preemption doctrines preempts state laws which intrude on

Case No. C 05-00988 MMC
LEGAL_USW/4731569.1

JOINT REQUEST TO CONTINUE FEB. 17
CMC AND [PROPOSED] ORDER

1  the exclusive jurisdiction of the National Labor Relations Board ("NLRB"). In this case,
2  Defendant has submitted several issues to the NLRB that are related to the issues in this case.
3  However, the NLRB has not yet reached any decision regarding the charges filed by Defendant
4  with the NLRB, and is not expected to do so until the end of March 2006 at the earliest. The
5  undersigned had both earlier expected the NLRB's conclusion by November 2005, but now late
6  March or early April 2006 appears very likely.

7
      2.    Because the issues presently before the NLRB are related to the issues
8
9  presently before this Court, both parties request that the Case Management Conference in this
10 matter be continued until late April 2006 at the earliest. At least by late April 2006, the parties
11 and the Court should learn what action the NLRB intends to take regarding the matters before it
12 and whether such action resolves the issues in this case, which obviates the need for any action by
13 the Federal Court prior to that time.
14
15 DATED: February 7, 2006          PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                    HOWARD C. HAY
16
17
                                    By: _____
18                                          HOWARD C. HAY
19 Attorneys for Plaintiff
   PACIFIC CRANE MAINTENANCE COMPANY, INC.
20
21 DATED: February __, 2006         WEINBERG, ROGER & ROSENFELD
                                    DAVID A. ROSENFELD
22
23
                                    By: _____
24                                          DAVID A. ROSENFELD
25 Attorneys for Defendant
   MACHINIST AUTOMOTIVE TRADES
26 DISTRICT LODGE 190
27
28

Case No. C 05-00988 MMC            -2-       JOINT REQUEST TO CONTINUE FEB 17
LEGAL_USW/4731569.1                          CMC AND [PROPOSED] ORDER

## ORDER

Good cause appearing, this Case Management Conference is continued to ___May 5_____, 2006 at 10:30 a.m.

~~OR~~

~~The Case Management Conference will take place by court-initiated telephone call at 10:30 a.m. on February 17, 2006, since plaintiff's counsel is located in Southern California.~~

DATE: February _9_, 2006

_____
UNITED STATES DISTRICT JUDGE