PAUL, HASTINGS, JANOFSKY & WALKER LLP
HOWARD C. HAY (SB# 46386)
695 Town Center Drive
Seventeenth Floor
Costa Mesa, CA 92626-1924
Telephone: (714) 668-6200
Facsimile: (714) 979-1921

Attorneys for Plaintiff
PACIFIC CRANE MAINTENANCE COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC CRANE MAINTENANCE COMPANY, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MACHINIST AUTOMOTIVE TRADES DISTRICT LODGE 190, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C 05-00988 MMC<br><br>**JOINT REQUEST TO CONTINUE MAY 5, 2006 CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date:     May 5, 2006<br>Time:    10:30 a.m.<br>Dept.:    7<br>Judge:   Maxine M. Chesney |

Pursuant to this Court's February 9, 2006 Order, the parties jointly request a continuance, or in the alternative, a telephone appearance at the presently scheduled Case Management Conference on May 5, for the following reasons:

1.  The primary issue in this case is whether the Oakland Ordinance in question, if applicable to Pacific Crane, is preempted by any of the three Federal law preemption doctrines. One of those Federal preemption doctrines preempts state laws which intrude on the exclusive jurisdiction of the National Labor Relations Board ("NLRB"). In this case, Defendant

Case No. C 05-00988 MMC
LEGAL_USW/4731569.1

JOINT REQUEST TO CONTINUE MAY 5
CMC AND [PROPOSED] ORDER

PAGE 2/3 * RCVD AT 4/23/2006 10:42:34 AM [Pacific Daylight Time] * SVR:OCXFS4/1 * DNIS:9999 * CSID:3314923 * DURATION (mm-ss):04-09

04/19/2006 14:57 FAX

Case 3:05-cv-00988-MMC Document 64 Filed 04/24/06 Page 2 of 3

1  has submitted several issues to the NLRB that are related to the issues in this case. However, the
2  NLRB has not yet reached any decision regarding the charges filed by Defendant with the NLRB.
3  The issues have now been referred by the NLRB's regional office to its Headquarters Office in
4  Washington, D.C. for decision, which both of the undersigned expect would be issued by July
5  
6  2006.
7       2.   Because the issues presently before the NLRB are related to the issues
8  presently before this Court, both parties request that the Case Management Conference in this
9  matter be continued until August 2006 at the earliest. At least by August 2006, the parties and the
10 Court should learn what action the NLRB has taken regarding the matters before it and whether
11 
12 such action resolves the issues in this case, which obviates the need for any action by the Federal
13 Court prior to that time.

14 DATED: April 24, 2006       PAUL, HASTINGS, JANOFSKY & WALKER LLP
15                             HOWARD C. HAY
16
17                             By: /s/ Howard C. Hay
                                   HOWARD C. HAY
18
                               Attorneys for Plaintiff
19                             PACIFIC CRANE MAINTENANCE COMPANY, INC.

20
21 DATED: April 21, 2006       WEINBERG, ROGER & ROSENFELD
                               DAVID A. ROSENFELD
22
23                             By: /s/ David A. Rosenfeld
                                   DAVID A. ROSENFELD
24
                               Attorneys for Defendant
25                             MACHINIST AUTOMOTIVE TRADES
                               DISTRICT LODGE 190
26
27
28 Case No. C 05-00988 MMC      -2-       JOINT REQUEST TO CONTINUE MAY 5
   LEGAL_USW/4731569.1                    CMC AND [PROPOSED] ORDER

1
2
3
4
5
6
7
8
9
10
11
12
...
28

## ORDER

Good cause appearing, this Case Management Conference is continued to August 25, 2006 at 10:30 a.m.

~~OR~~

~~The Case Management Conference will take place by court-initiated telephone call at 10:30 a.m. on May 5, 2006, since plaintiff's counsel is located in Southern California.~~

DATE: April 28, 2006

_____
UNITED STATES DISTRICT JUDGE