PAUL, HASTINGS, JANOFSKY & WALKER LLP
HOWARD C. HAY (SB# 46386)
695 Town Center Drive
Seventeenth Floor
Costa Mesa, CA 92626-1924
Telephone: (714) 668-6200
Facsimile: (714) 979-1921

Attorneys for Plaintiff
PACIFIC CRANE MAINTENANCE
COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC CRANE MAINTENANCE COMPANY, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MACHINIST AUTOMOTIVE TRADES DISTRICT LODGE 190, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C 05-00988 MMC<br><br>JOINT REQUEST TO CONTINUE AUGUST 25, 2006 CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER<br><br>Date: August 25, 2006<br>Time: 10:30 a.m.<br>Dept.: 7<br>Judge: Maxine M. Chesney |

     For the following reasons, the parties jointly request a continuance, or in the alternative, a telephone appearance at the presently scheduled Case Management Conference on August 25:

     1.    The primary issue in this case is whether the Oakland Ordinance in question, if applicable to Pacific Crane, is preempted by any of the three Federal law preemption doctrines. One of those Federal preemption doctrines preempts state laws which intrude on the exclusive jurisdiction of the National Labor

1  Relations Board ("NLRB"). In this case, Defendant has submitted several issues to
2  the NLRB that are related to the issues in this case. However, the NLRB has not
3  yet reached any decision regarding the charges filed by Defendant with the NLRB.
4  The issues have now been referred by the NLRB's regional office to its
5  Headquarters Office in Washington, D.C. for decision, which has been studying the
6  issues and appears close to reaching a decision. Both of the undersigned now
7  expect such decision will be issued by September 30, 2006.

2.  Because the issues presently before the NLRB are related to the issues presently before this Court, both parties request that the Case Management Conference in this matter be continued until late October.. At least by late October 2006, the parties and the Court should learn what action the NLRB has taken regarding the matters before it and whether such action resolves the issues in this case, which obviates the need for any action by the Federal Court prior to that time.

DATED: August 3, 2006       PAUL, HASTINGS, JANOFSKY & WALKER LLP
                            HOWARD C. HAY

                            By: /s/ Howard C. Hay
                                HOWARD C. HAY

                            Attorneys for Plaintiff
                            PACIFIC CRANE MAINTENANCE
                            COMPANY, INC.

DATED: August 3, 2006       WEINBERG, ROGER & ROSENFELD
                            DAVID A. ROSENFELD

                            By: /s/ David A. Rosenfeld
                                DAVID A. ROSENFELD

                            Attorneys for Defendant
                            MACHINIST AUTOMOTIVE TRADES
                            DISTRICT LODGE 190

## ORDER

Good cause appearing, this Case Management Conference is continued to October 27, 2006 at 10:30 a.m. A joint case management statement shall be filed no later than October 20, 2006.

~~OR~~

~~The Case Management Conference will take place by court-initiated telephone call at 10:30 a.m. on August 25, 2006, since plaintiff's counsel is located in Southern California.~~

DATE: August 7, 2006

_____
UNITED STATES DISTRICT JUDGE