PAUL, HASTINGS, JANOFSKY & WALKER LLP
HOWARD C. HAY (SB# 46386)
695 Town Center Drive
Seventeenth Floor
Costa Mesa, CA 92626-1924
Telephone: (714) 668-6200
Facsimile: (714) 979-1921

Attorneys for Plaintiff
PACIFIC CRANE MAINTENANCE
COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC CRANE MAINTENANCE COMPANY, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MACHINIST AUTOMOTIVE TRADES DISTRICT LODGE 190, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C 05-00988 MMC<br><br>**JOINT REQUEST TO CONTINUE OCTOBER 27, 2006 CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date:  October 27, 2006<br>Time:  10:30 a.m.<br>Dept.:  7<br>Judge:  Maxine M. Chesney |

For the following reasons, the parties jointly request a continuance, or in the alternative, a telephone appearance at the presently scheduled Case Management Conference on October 27:

1.  The primary issue in this case is whether the Oakland Ordinance in question, if applicable to Pacific Crane, is preempted by any of the three Federal law preemption doctrines. One of those Federal preemption doctrines preempts state laws which intrude on the exclusive jurisdiction of the National Labor Relations Board ("NLRB"). In this case, Defendant has submitted several issues to the NLRB that are related to the issues in this case. However, the NLRB has not

yet reached any decision regarding the charges filed by Defendant with the NLRB. The issues had been referred by the NLRB's regional office to its Headquarters Office in Washington, D.C. for decision. In early September 2006, the NLRB's Headquarters Office asked its Oakland Regional Office for further factual investigation of one issue, which the parties believe will be completed by early November, at which point the case will be back in the NLRB's Headquarters Office for a final decision. Both of the undersigned now expect such decision will be issued by February 2007 at the latest.

2. Because the issues presently before the NLRB are related to the issues presently before this Court, both parties request that the Case Management Conference in this matter be continued until March 2007. At least by March 2007, the parties and the Court should learn what action the NLRB has taken regarding the matters before it and whether such action resolves the issues in this case, which obviates the need for any action by the Federal Court prior to that time.

DATED: October 16, 2006

PAUL, HASTINGS, JANOFSKY & WALKER LLP
HOWARD C. HAY

By: _____
HOWARD C. HAY

Attorneys for Plaintiff
PACIFIC CRANE MAINTENANCE COMPANY, INC.

DATED: October ___, 2006

WEINBERG, ROGER & ROSENFELD
DAVID A. ROSENFELD

By: _____
DAVID A. ROSENFELD

Attorneys for Defendant
MACHINIST AUTOMOTIVE TRADES DISTRICT LODGE 190

1  yet reached any decision regarding the charges filed by Defendant with the NLRB.
2  The issues had been referred by the NLRB's regional office to its Headquarters
3  Office in Washington, D.C. for decision. In early September 2006, the NLRB's
4  Headquarters Office asked its Oakland Regional Office for further factual
5  investigation of one issue, which the parties believe will be completed by early
6  November, at which point the case will be back in the NLRB's Headquarters Office
7  for a final decision. Both of the undersigned now expect such decision will be
8  issued by February 2007 at the latest.

10       2.  Because the issues presently before the NLRB are related to the
11  issues presently before this Court, both parties request that the Case Management
12  Conference in this matter be continued until March 2007. At least by March 2007,
13  the parties and the Court should learn what action the NLRB has taken regarding
14  the matters before it and whether such action resolves the issues in this case, which
15  obviates the need for any action by the Federal Court prior to that time.

16  DATED: October 16, 2006          PAUL, HASTINGS, JANOFSKY & WALKER LLP
17                                   HOWARD C. HAY

18                                   By: /s/ Howard C. Hay
19                                        HOWARD C. HAY

20                                   Attorneys for Plaintiff
                                     PACIFIC CRANE MAINTENANCE
21                                   COMPANY, INC.

22  DATED: October 16, 2006          WEINBERG, ROGER & ROSENFELD
                                     DAVID A. ROSENFELD
23
24                                   By: /s/ David A. Rosenfeld
                                         DAVID A. ROSENFELD
25
                                     Attorneys for Defendant
26                                   MACHINIST AUTOMOTIVE TRADES
                                     DISTRICT LODGE 190
27
28

Case No. C 05-00988 MMC    -2-    JOINT REQUEST TO CONTINUE AUGUST 25
                                  CMC AND [PROPOSED] ORDER

## ORDER

Good cause appearing, this Case Management Conference is continued to March 23, 2007 at 10:30 a.m. A Joint Case Management Conference Statement shall be filed no later than March 16, 2007.

~~-OR-~~

~~In the alternative, a telephone appearance at the presently scheduled Case Management Conference on October 27, 2006. The Case Management Conference will take place by court-initiated telephone call at 10:30 a.m. on October 27, 2006, since plaintiff's counsel is located in Southern California.~~

DATE: October 18, 2006

_____
UNITED STATES DISTRICT JUDGE