PAUL, HASTINGS, JANOFSKY & WALKER LLP
HOWARD C. HAY (SB# 46386)
695 Town Center Drive
Seventeenth Floor
Costa Mesa, CA 92626-1924
Telephone: (714) 668-6200
Facsimile: (714) 979-1921

Attorneys for Plaintiff
PACIFIC CRANE MAINTENANCE
COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PACIFIC CRANE MAINTENANCE COMPANY, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MACHINIST AUTOMOTIVE TRADES DISTRICT LODGE 190, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C 05-00988 MMC<br><br>**JOINT REQUEST TO CONTINUE MARCH 23, 2007 CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date: March 23, 2007<br>Time: 10:30 a.m.<br>Dept.: 7<br>Judge: Maxine M. Chesney |
|---|---|

For the following reasons, the parties jointly request a continuance, or in the alternative, a telephone appearance at the presently scheduled Case Management Conference on March 23:

1. The primary issue in this case is whether the Oakland Ordinance in question, if applicable to Pacific Crane, is preempted by any of the three Federal law preemption doctrines. One of those Federal preemption doctrines preempts state laws which intrude on the exclusive jurisdiction of the National Labor Relations Board ("NLRB"). In this case, Defendant has submitted several issues to the NLRB that are related to the issues in this case. However, the NLRB has not

1 | yet reached any decision regarding the charges filed by Defendant with the NLRB.
2 | The issues had been referred by the NLRB's regional office to its Headquarters
3 | Office in Washington, D.C. for decision.
4 |
5 |       2.     Counsel for Pacific Crane met with officials from the NLRB in
6 | Washington in late January 2007 to discuss the case. Counsel for the IAM is
7 | meeting with the same officials for the same reason this month, which will
8 | conclude the NLRB's investigation of this case.
9 |
10 |       3.     Both of the undersigned now expect the NLRB's decision will
11 | be issued by May 2007 at the latest.
12 |
13 |       4.     Because the issues presently before the NLRB are related to the
14 | issues presently before this Court, both parties request that the Case Management
15 | Conference in this matter be continued until June 2007. By June 2007, the parties
16 | and the Court should learn what action the NLRB has taken regarding the matters
17 | before it and whether such action resolves the issues in this case, which obviates the
18 | need for any action by the Federal Court prior to that time.
19 |
20 | DATED: March /2, 2007   PAUL, HASTINGS, JANOFSKY & WALKER LLP
    HOWARD C. HAY

By: _____
    HOWARD C. HAY

Attorneys for Plaintiff
PACIFIC CRANE MAINTENANCE
COMPANY, INC.

1 | DATED: March 7, 2007        WEINBERG, ROGER & ROSENFELD
2 |                             DAVID A. ROSENFELD
3 |                             By: /s/ David A. Rosenfeld
                                    DAVID A. ROSENFELD
4 |                             Attorneys for Defendant
5 |                             MACHINIST AUTOMOTIVE TRADES
                                DISTRICT LODGE 190

## ORDER

Good cause appearing, this Case Management Conference is continued to June 29, 2007 at 10:30 a.m.

~~OR~~

~~The Case Management Conference will take place by court-initiated telephone call at 10:30 a.m. on March 23, 2007, since plaintiff's counsel is located in Southern California.~~

DATE: March 16, 2007

/s/ Maxine M. Chesney
UNITED STATES DISTRICT JUDGE