PAUL, HASTINGS, JANOFSKY & WALKER LLP
HOWARD C. HAY (SB# 46386)
695 Town Center Drive
Seventeenth Floor
Costa Mesa, CA 92626-1924
Telephone: (714) 668-6200
Facsimile: (714) 979-1921

Attorneys for Plaintiff
PACIFIC CRANE MAINTENANCE COMPANY, INC.

RECEIVED
07 JUN 11 PM 12:06
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PACIFIC CRANE MAINTENANCE COMPANY, INC., a California corporation,

Plaintiff,

vs.

MACHINIST AUTOMOTIVE TRADES DISTRICT LODGE 190, and DOES 1 through 50, inclusive,

Defendants.

CASE NO. C 05-00988 MMC

**JOINT REQUEST TO CONTINUE JUNE 29, 2007 CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER**

Date: June 29, 2007
Time: 10:30 a.m.
Dept.: 7
Judge: Maxine M. Chesney

For the following reasons, the parties jointly request a continuance of, or in the alternative, a telephone appearance for the presently scheduled Case Management Conference on June 29:

FAXED

1. The primary issue in this case is whether the Oakland Ordinance in question, if applicable to Pacific Crane, is preempted by any of the three Federal law preemption doctrines. One of those Federal preemption doctrines preempts state laws which intrude on the exclusive jurisdiction of the National Labor Relations Board ("NLRB"). In this case, Defendant has submitted several issues to the NLRB that are related to the issues in this case. The NLRB has now issued an

administrative complaint against Pacific Crane and others, which is presently set for an NLRB trial on September 6, 2007.

2. Because the issues presently before the NLRB are related to the issues presently before this Court, both parties request that the Case Management Conference in this matter be continued until October 2007. Both parties expect that the NLRB trial, or any settlement related thereto, is likely to resolve the issues presented in this case.

DATED: June 8, 2007

PAUL, HASTINGS, JANOFSKY & WALKER LLP
HOWARD C. HAY

By: [signature]
HOWARD C. HAY

Attorneys for Plaintiff
PACIFIC CRANE MAINTENANCE COMPANY, INC.

DATED: June 8, 2007

WEINBERG, ROGER & ROSENFELD
DAVID A. ROSENFELD

By: [signature]
DAVID A. ROSENFELD

Attorneys for Defendant
MACHINIST AUTOMOTIVE TRADES DISTRICT LODGE 190

**ORDER**

Good cause appearing, this Case Management Conference is continued to October 26, 2007 at 10:30 a.m.

~~The Case Management Conference will take place by court-initiated telephone call at 10:30 a.m. on June 29, 2007, since plaintiff's counsel is located in Southern California.~~

MMC

DATE: June 13, 2007

Maxine M. Chesney
UNITED STATES DISTRICT JUDGE