| | |
|---|---|
| 1<br>2<br>3<br>4 | PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>HOWARD C. HAY (SB# 46386)<br>695 Town Center Drive<br>Seventeenth Floor<br>Costa Mesa, CA 92626-1924<br>Telephone: (714) 668-6200<br>Facsimile: (714) 979-1921 |
| 5<br>6 | Attorneys for Plaintiff<br>PACIFIC CRANE MAINTENANCE<br>COMPANY, INC. |

RECEIVED
07 OCT 16 AM 11: 21
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC CRANE MAINTENANCE COMPANY, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>MACHINIST AUTOMOTIVE TRADES DISTRICT LODGE 190, and DOES 1 through 50, inclusive,<br><br>    Defendants. | CASE NO. C 05-00988 MMC<br><br>**JOINT REQUEST TO CONTINUE OCTOBER 26, 2007 CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date:     October 26, 2007<br>Time:    10:30 a.m.<br>Dept.:    7<br>Judge:   Maxine M. Chesney |

For the following reasons, the parties jointly request a continuance of, or in the alternative, a telephone appearance for the presently scheduled Case Management Conference on October 26:

    1.    The primary issue in this case is whether the Oakland Ordinance in question, if applicable to Pacific Crane, is preempted by any of the three Federal law preemption doctrines. One of those Federal preemption doctrines preempts state laws which intrude on the exclusive jurisdiction of the National Labor Relations Board ("NLRB"). In this case, Defendant has submitted several issues to the NLRB that are related to the issues in this case. The NLRB has now issued an

administrative complaint against Pacific Crane and others, which is set for an NLRB trial beginning on October 22, 2007, and expected to last through at least January 2008.

2. Because the issues presently before the NLRB are related to the issues presently before this Court, both parties request that the Case Management Conference in this matter be continued until March 2008. Both parties expect that the NLRB trial, or any settlement related thereto, is likely to resolve the issues presented in this case.

DATED: October 16, 2007   PAUL, HASTINGS, JANOFSKY & WALKER LLP
HOWARD C. HAY

By: _____
HOWARD C. HAY

Attorneys for Plaintiff
PACIFIC CRANE MAINTENANCE
COMPANY, INC.

DATED: October 16, 2007   WEINBERG, ROGER & ROSENFELD
DAVID A. ROSENFELD

By: _____
DAVID A. ROSENFELD

Attorneys for Defendant
MACHINIST AUTOMOTIVE TRADES
DISTRICT LODGE 190

## ORDER

Good cause appearing, this Case Management Conference is continued to March 21, 2008 at 10:30 a.m.

Maxine M. Chesney
United States District Judge