PAUL, HASTINGS, JANOFSKY & WALKER LLP
HOWARD C. HAY (SB# 46386)
695 Town Center Drive
Seventeenth Floor
Costa Mesa, CA  92626-1924
Telephone:  (714) 668-6200
Facsimile:  (714) 979-1921

Attorneys for Plaintiff
PACIFIC CRANE MAINTENANCE
COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC CRANE MAINTENANCE COMPANY, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MACHINIST AUTOMOTIVE TRADES DISTRICT LODGE 190, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C 05-00988 MMC<br><br>**JOINT REQUEST TO CONTINUE MARCH 21, 2008 CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date:       March 21, 2008<br>Time:       10:30 a.m.<br>Dept.:       7<br>Judge:       Maxine M. Chesney |

For the following reasons, the parties jointly request a continuance of, or in the alternative, a telephone appearance for the presently scheduled Case Management Conference on March 21:

1.       The primary issue in this case is whether the Oakland Ordinance in question, if applicable to Pacific Crane, is preempted by any of the three Federal law preemption doctrines.  One of those Federal preemption doctrines preempts state laws which intrude on the exclusive jurisdiction of the National Labor Relations Board ("NLRB").  In this case, Defendant has submitted several issues to the NLRB that are related to the issues in this case.  The NLRB has issued an

1 administrative complaint against Pacific Crane.  The NLRB trial is currently taking

2 place, and expected to conclude by April 30, but with no decision likely before

3 August 2008.

4

5       2.    Because the issues presently before the NLRB are related to the

6 issues presently before this Court, both parties request that the Case Management

7 Conference in this matter be continued until September 15, 2008 or later.  Both

8 parties expect that the NLRB trial, or any settlement related thereto, is likely to

9 resolve the issues presented in this case.

10

11 DATED: March 14, 2008      PAUL, HASTINGS, JANOFSKY & WALKER LLP
HOWARD C. HAY

12

13 By: /s/
          HOWARD C. HAY

14 Attorneys for Plaintiff
PACIFIC CRANE MAINTENANCE
15 COMPANY, INC.

16

17 DATED: March 14, 2008      WEINBERG, ROGER & ROSENFELD
DAVID A. ROSENFELD

18

19 By: /s/
          DAVID A. ROSENFELD

20 Attorneys for Defendant
MACHINIST AUTOMOTIVE TRADES
21 DISTRICT LODGE 190

22

23

24

25

26

27

28

1

## <u>ORDER</u>

2

3          Good cause appearing, this Case Management Conference is continued

4   to September  19 , 2008 at 10:30 a.m.  A Joint Case Management Conference

5   Statement shall be filed no later than September   12  , 2008.

6

7   Dated:   March 18, 2008

8                                            United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28