PAGE 1/3 * RCVD AT 9/3/2008 2:42:01 PM [Pacific Daylight Time] * SVR:OCXRF1/4 * DNIS:9998 * CSID:3371023 * DURATION (mm-ss):01-14

PAUL, HASTINGS, JANOFSKY & WALKER LLP
HOWARD C. HAY (SB# 46386)
695 Town Center Drive
Seventeenth Floor
Costa Mesa, CA 92626-1924
Telephone: (714) 668-6200
Facsimile: (714) 979-1921

Attorneys for Plaintiff
PACIFIC CRANE MAINTENANCE
COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC CRANE MAINTENANCE COMPANY, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MACHINIST AUTOMOTIVE TRADES DISTRICT LODGE 190, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. C 05-00988 MMC<br><br>**JOINT REQUEST FOR VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a)(2) AND [PROPOSED] ORDER**<br><br>Dept.: 7<br>Judge: Maxine M. Chesney |

09-03-2008 14:40   From-Weinberg, Roger & Rosenfeld   3371023   T-222 P.001/003 F-787

PAGE 2/3 * RCVD AT 9/3/2008 2:42:01 PM [Pacific Daylight Time] * SVR:OCXRF1/4 * DNIS:9999 * CSID:3371023 * DURATION (mm-ss):01-14

The parties in this action jointly request a voluntary dismissal without prejudice for the following reasons:

1. This Complaint was filed in March 2005 in response to defendant's assertion that certain actions by plaintiff violated a local ordinance and plaintiff's assertion that its actions were permitted by federal labor law which preempted the local ordinance.

2. After plaintiff filed this Complaint, defendant filed a Complaint in State court asserting that plaintiff violated said local ordinance, in response to which Complaint plaintiff asserted the same preemption defense and others.

3. Both this action and the related State court action have been held in abeyance pending current proceedings involving both parties before the National Labor Relations Board, which proceeding involves many of the same actions at issue in this case and the related State case.

4. Both parties have agreed to dismiss without prejudice both this Complaint and the related State court Complaint referred to above, in the hope that said NLRB proceeding will eliminate any need for either this case or the related State case to be pursued by either party.

09-03-2008   14:40   From-Weinberg, Roger & Rosenfeld   3371023   T-222   P.002/003   F-767

PAGE 3/3 * RCVD AT 9/3/2008 2:42:01 PM [Pacific Daylight Time] * SVR:OCXRF1/4 * DNIS:9998 * CSID:3371023 * DURATION (mm-ss):01-14

Accordingly, both parties request that this Complaint be dismissed without prejudice, based on defendant's commitment to dismiss the related state court Complaint without prejudice as well.

DATED: September 3, 2008

PAUL, HASTINGS, JANOFSKY & WALKER LLP
HOWARD C. HAY

By: _____
HOWARD C. HAY

Attorneys for Plaintiff
PACIFIC CRANE MAINTENANCE COMPANY, INC.

DATED: September 3, 2008

WEINBERG, ROGER & ROSENFELD
DAVID A. ROSENFELD

By: _____
DAVID A. ROSENFELD

Attorneys for Defendant
MACHINIST AUTOMOTIVE TRADES DISTRICT LODGE 190

## ORDER

Good cause appearing, this case is dismissed without prejudice pursuant to F.R.C.P. Rule 41(a)(2).

DATED: September 5, 2008   _____
UNITED STATES DISTRICT JUDGE

09-03-2008  14:40   From-Weinberg, Roger & Rosenfeld   3371023   T-222   P.003/003   F-767